Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−11288−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph J. Devona Jr.
aka Joseph Devona, aka Joseph R. Devona
2 Bobwhite Ct
Forked River, NJ 08731−3619

Stephanie Devona
2 Bobwhite Ct
Forked River, NJ 08731−3619

Social Security No.:
  xxx−xx−8080                                    xxx−xx−8225

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on May 22, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 20 − 19
Order Granting Application for Extension of Loss Mitigation (Related Doc # 19). Loss Mitigation Period Extended to: 8/9/2018. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/22/2018. (slf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 22, 2018
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph J. Devona, Jr.  
Stephanie Devona  
      Debtors

Case No. 18-11288-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: May 22, 2018  
                      Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2018.  
lm        +SLS,   8742 Lucent Blvd., Ste. 300,   Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2018 at the address(es) listed below:  
          Albert   Russo    docs@russotrustee.com  
          Brian E Caine    on behalf of Loss Mitigation    SLS bcaine@parkermccay.com,  
           BKcourtnotices@parkermccay.com  
          Daniel E. Straffi    on behalf of Debtor Joseph J. Devona, Jr. bktrustee@straffilaw.com,  
           G25938@notify.cincompass.com;bkclient@straffilaw.com;familyclient@straffilaw.com  
          Daniel E. Straffi    on behalf of Joint Debtor Stephanie  Devona bktrustee@straffilaw.com,  
           G25938@notify.cincompass.com;bkclient@straffilaw.com;familyclient@straffilaw.com  
          Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, N.A. as Trustee et al...  
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
          Rebecca Ann Solarz    on behalf of Creditor   Wells Fargo Bank, N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW  
           rsolarz@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                           TOTAL: 7