UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Straffi & Straffi, LLC
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
bkclient@straffilaw.com
Attorney for Debtor(s)

**Order Filed on May 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Devona, Joseph
Devona, Stephanie

Case No.:     18-11288

Chapter:     13

Judge:     MBK

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 22, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on February 9, 2018 :

Property: 2 Bobwhite Court, Forked River, NJ 08731

Creditor: SLS

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by Daniel E. Straffi, Jr., Esq. , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including August 9, 2018 .

The Loss Mitigation Period is terminated, effective .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph J. Devona, Jr.  
Stephanie Devona  
    Debtors

Case No. 18-11288-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 22, 2018  
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2018.  
db/jdb    Joseph J. Devona, Jr.,   Stephanie Devona,   2 Bobwhite Ct,   Forked River, NJ  08731-3619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2018 at the address(es) listed below:  
    Albert Russo   docs@russotrustee.com  
    Brian E Caine   on behalf of Loss Mitigation   SLS bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
    Daniel E. Straffi   on behalf of Debtor Joseph J. Devona, Jr. bktrustee@straffilaw.com, G25938@notify.cincompass.com;bkclient@straffilaw.com;familyclient@straffilaw.com  
    Daniel E. Straffi   on behalf of Joint Debtor Stephanie Devona bktrustee@straffilaw.com, G25938@notify.cincompass.com;bkclient@straffilaw.com;familyclient@straffilaw.com  
    Denise E. Carlon   on behalf of Creditor   Wells Fargo Bank, N.A. as Trustee et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Rebecca Ann Solarz   on behalf of Creditor   Wells Fargo Bank, N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW rsolarz@kmllawgroup.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 7