Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 18–11288–MBK
                        Chapter: 13
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph J. Devona Jr.                                   Stephanie Devona
aka Joseph Devona, aka Joseph R. Devona          2 Bobwhite Ct
2 Bobwhite Ct                                           Forked River, NJ 08731–3619
Forked River, NJ 08731–3619

Social Security No.:
xxx–xx–8080                                                 xxx–xx–8225

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 20, 2019</u>                     <u>Michael B. Kaplan</u>
                                              Judge, United States Bankruptcy Court